```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                  Case No. 19-00071-HWV
Keli N. Jaxheimer                                                       Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-1           User: KADavis                Page 1 of 2                  Date Rcvd: Feb 19, 2019
                               Form ID: ntcnfhrg            Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db             +Keli N. Jaxheimer,    600 Allenview Drive,    Mechanicsburg, PA 17055-6199
5148253       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: bank of america,    po box 982238,    El Paso, TX 79998-2238)
5162975        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5164017         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5148263        +FBCS inc.,    330 south warminster road,    suite 353,    Hatboro, PA 19040-3433
5148266        +KML Law Group, P.C.,    Suite 5000 BNY mellon indpendence,    701 Market St.,
                 Philadelphia, PA 19106-1538
5148285        +Stone Eiley & Linsenbach, P.C.,    c/o Duane Stone, Esquire,    3 North baltimore Street,
                 Dillsburg, PA 17019-1287
5148289        +TD BANK TARGET,    po box 1470,    Minneapolis, MN 55440-1470
5148291        +TD Bank/Target,    po box 673,    Minneapolis, MN 55440-0673
5148293        +The home depot,    po box 6497,    Sioux Falls, SD 57117-6497
5148252        +allenview homeowners association,    po box 1007,    Mechanicsburg, PA 17055-1007
5148254         bureau of account management,    3607 rosemont avenue,    suite 502,    Camp Hill, PA 17011-6943
5148261        +commercial acceptance company,    2300 gettysburg road,    suite 102,    Camp Hill, PA 17011-7303
5148262        +cumberland county domestic relation,    child support section,    13 N. Hanover st. PO Box 320,
                 Carlisle, PA 17013-0320
5148264        +global credit & collection,    po box 101928,    dept 2417,    Birmingham, AL 35210-6928
5148270         members first federal credit union,    po box 2109,    Mechanicsburg, PA 17055-1719
5148274         patient first,    po box 758941,    Baltimore, MD 21275-8941
5148276        +pinnacle medical services,    3607 rosemont avenue,    suite 502,    Camp Hill, PA 17011-6943
5148282         santander bank,    po box 16255,    Reading, PA 19612-6255
5148283         santander bank n.a.,    1130 berkshire blvd,    3rd floor,    wyomissing, PA 19610-1242
5148284        +santander bank na,    po box 841002 MA-1 MB3 0109,    Boston, MA 02284-1002
5148288         target card services,    po box 660170,    Dallas, TX 75266-0170
5148290         td bank us target,    7000 target parkway north,    Minneapolis, MN 55445-4301
5148292        +thd/cbna,    one court square,    Long Island City, NY 11120-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5148258         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2019 19:37:15      capital one bank usa,
                 po box 85015,    Richmond, VA 23285-5015
5154975         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2019 19:36:26
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5149110        +E-mail/Text: bankruptcy@cavps.com Feb 19 2019 19:33:43      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5148269         E-mail/Text: unger@members1st.org Feb 19 2019 19:33:54      Members First Federal Credit Union,
                 5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5148833        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 19 2019 19:36:26
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5161390        +E-mail/Text: colleen.atkinson@rmscollect.com Feb 19 2019 19:33:57
                 Patient First c/o Receivables Management Systems,    PO Box 73810,
                 North Chesterfield, VA 23235-8047
5148275         E-mail/Text: CDuffy@pinnaclehealth.org Feb 19 2019 19:33:16      Pinnacle Health hospitals,
                 po box 2353,    Harrisburg, PA 17105-2353
5148278        +E-mail/Text: bankruptcyteam@quickenloans.com Feb 19 2019 19:33:45      QUICKEN LOANS,
                 635 woodward avenue,    Detroit, MI 48226-3408
5148280        +E-mail/Text: colleen.atkinson@rmscollect.com Feb 19 2019 19:33:57
                 RECEIVABLES MANAGEMENT SYSTEMS,    7206 hull street road,    suite 21,    Richmond, VA 23235-5826
5148287         E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2019 19:36:20      SYNCRONY BANK,    po box 960061,
                 Orlando, FL 32896-0061
5148255        +E-mail/Text: bankruptcy@cavps.com Feb 19 2019 19:33:43      calvary portfolio services,
                 500 summit lane drive,    suite 400,    Valhalla, NY 10595-2322
5148256        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2019 19:36:23      capital one,
                 po box 30285,    Salt Lake City, UT 84130-0285
5148257        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 19 2019 19:36:24      capital one bank,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
5148259        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 19 2019 19:33:21      comenity bank boscovs,
                 po box 182120,    Columbus, OH 43218-2120
5148265        +E-mail/Text: bankruptcy@affglo.com Feb 19 2019 19:33:31      global credit and collection,
                 5440 north cumberland avenue,    suite 300,    Chicago, IL 60656-1486
5148267        +E-mail/Text: bncnotices@becket-lee.com Feb 19 2019 19:33:07      kohls capital one,
                 po box 3115,    Milwaukee, WI 53201-3115
5148268        +E-mail/Text: unger@members1st.org Feb 19 2019 19:33:54      members first federal credit union,
                 po box 40,    Mechanicsburg, PA 17055-0040
5148277        +E-mail/Text: bankruptcyteam@quickenloans.com Feb 19 2019 19:33:45      quicken loans,
                 1050 woodward avenue,    Detroit, MI 48226-1906
5148279        +E-mail/Text: colleen.atkinson@rmscollect.com Feb 19 2019 19:33:57      receivable managment,
                 1807 huguenot road,    suite 118,    Midlothian, VA 23113-5604
5148281         E-mail/Text: colleen.atkinson@rmscollect.com Feb 19 2019 19:33:57
                 receivables management systems,    po box 8630,    Richmond, VA 23226-0630
5148286        +E-mail/PDF: gecsedi@recoverycorp.com Feb 19 2019 19:36:20      synchrony bank lowes,
                 po box 965005,    Orlando, FL 32896-5005
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
                                                                                                          TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5148272*        Members First Federal Credit Union,    5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5155363*       +Quicken Loans Inc.,    635 Woodward Avenue,    Detroit, MI 48226-3408
5148273*        members first federal credit union,    po box 2109,    Mechanicsburg, PA 17055-1719
5148271*       +members first federal credit union,    po box 40,    Mechanicsburg, PA 17055-0040
5148260      ##+commercial acceptance,    2 west main street,    Camp Hill, PA 17011-6326
                                                                                         TOTALS: 0, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gregory S Hazlett     on behalf of Debtor 1 Keli N. Jaxheimer adlitem@pa.net
              James    Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                                   TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |
| In re: |
| Keli N. Jaxheimer,  aka Kelly N. Jaxheimer,      **Debtor 1**            Chapter 13     Case No.    1:19–bk–00071–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**March 20, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
| --- | --- |
| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: March 27, 2019  Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**  U.S. Bankruptcy Court  Ronald Reagan Federal Building  228 Walnut St, Rm 320  Harrisburg, PA 17101–1737  (717) 901–2800 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: KADavis, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 19, 2019 |

ntcnfhrg (03/18)