United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                 Case No. 19-00071-HWV
Keli N. Jaxheimer                    Chapter 13
  Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: PRadginsk    Page 1 of 1      Date Rcvd: Aug 09, 2019
            Form ID: ntcltrdb    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
5232911    +ALLENVIEW HOMEOWNERS ASSOCIATION,  C/O DUANE STONE, ESQUIRE,  3 N. BALTIMORE ST.,
        DILLSBURG, PA. 17019-1287

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:
    Charles J DeHart, III (Trustee)  TWecf@pamd13trustee.com
    Gregory S Hazlett  on behalf of Debtor 1 Keli N. Jaxheimer adlitem@pa.net
    James Warmbrodt  on behalf of Creditor  Quicken Loans Inc. bkgroup@kmllawgroup.com
    Joseph B. Sobel  on behalf of Creditor  Allenview Homeowners Association DebtEnds@aol.com,
     ojoclemens@aol.com
    United States Trustee  ustpregion03.ha.ecf@usdoj.gov
                                     TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Keli N. Jaxheimer,
aka Kelly N. Jaxheimer,

**Debtor 1**

Chapter 13

Case No. 1:19–bk–00071–HWV

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#12) has been filed by the Debtor on behalf of Allenview Homeowners Association in the amount of $4073.74.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101–1737
(717) 901–2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: PRadginsk, Deputy Clerk

Date: August 9, 2019

ntcltrdb 05/18