```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                               Case No. 19-00071-HWV
Keli N. Jaxheimer                                                    Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke          Page 1 of 2          Date Rcvd: Sep 03, 2020
                              Form ID: ntsempas        Total Noticed: 53
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2020.
```
db         +Keli N. Jaxheimer,    600 Allenview Drive,    Mechanicsburg, PA 17055-6199
cr         +Allenview Homeowners Association,    c/o Duane P Stone Esq,    Stone Wiley & Linsenbach,
             3 N Baltimore St,    Dillsburg, PA 17019-1287
5232911    +ALLENVIEW HOMEOWNERS ASSOCIATION,    C/O DUANE STONE,ESQUIRE,    3 N. BALTIMORE ST.,
             DILLSBURG, PA. 17019-1287
5176838    +Allenview Homeowners Association,    c/o Duane P Stone Esq,    Stone Wiley & Linsenbach PC,
             3 N Baltimore St,    Dillsburg, PA 17019-1287
5148253   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: bank of america,     po box 982238,    El Paso, TX 79998-2238)
5162975    +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5164017     Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5173946    +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
5148263    +FBCS inc.,    330 south warminster road,    suite 353,    Hatboro, PA 19040-3433
5148266    +KML Law Group, P.C.,    Suite 5000 BNY mellon indpendence,    701 Market St.,
             Philadelphia, PA 19106-1538
5148275     Pinnacle Health hospitals,    po box 2353,    Harrisburg, PA 17105-2353
5148285    +Stone Eiley & Linsenbach, P.C.,    c/o Duane Stone, Esquire,    3 North baltimore Street,
             Dillsburg, PA 17019-1287
5148289    +TD BANK TARGET,    po box 1470,    Minneapolis, MN 55440-1470
5148291    +TD Bank/Target,    po box 673,    Minneapolis, MN 55440-0673
5148293    +The home depot,    po box 6497,    Sioux Falls, SD 57117-6497
5148252    +allenview homeowners association,    po box 1007,    Mechanicsburg, PA 17055-1007
5148254     bureau of account management,    3607 rosemont avenue,    suite 502,    Camp Hill, PA 17011-6943
5148260    +commercial acceptance,    2 west main street,    Camp Hill, PA 17011-6326
5148261    +commercial acceptance company,    2300 gettysburg road,    suite 102,    Camp Hill, PA 17011-7303
5148262    +cumberland county domestic relation,    child support section,    13 N. Hanover st. PO Box 320,
             Carlisle, PA 17013-0320
5148264    +global credit & collection,    po box 101928,    dept 2417,    Birmingham, AL 35210-6928
5148270     members first federal credit union,    po box 2109,    Mechanicsburg, PA 17055-1719
5148274     patient first,    po box 758941,    Baltimore, MD 21275-8941
5148276    +pinnacle medical services,    3607 rosemont avenue,    suite 502,    Camp Hill, PA 17011-6943
5148282     santander bank,    po box 16255,    Reading, PA 19612-6255
5148283     santander bank n.a.,    1130 berkshire blvd,    3rd floor,    wyomissing, PA 19610-1242
5148284    +santander bank na,    po box 841002 MA-1 MB3 0109,    Boston, MA 02284-1002
5148288     target card services,    po box 660170,    Dallas, TX 75266-0170
5148290     td bank us target,    7000 target parkway north,    Minneapolis, MN 55445-4301
5148292    +thd/cbna,    one court square,    Long Island City, NY 11120-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5148258     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 03 2020 19:41:12     capital one bank usa,
             po box 85015,    Richmond, VA 23285-5015
5154975     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 03 2020 19:41:12
             Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
             Charlotte, NC 28272-1083
5149110    +E-mail/Text: bankruptcy@cavps.com Sep 03 2020 19:29:44     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5148269     E-mail/Text: unger@members1st.org Sep 03 2020 19:29:50     Members First Federal Credit Union,
             5000 Louise Drive,    Mechanicsburg, PA 17055-4899
5173734     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 03 2020 19:41:28
             Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5148833    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 03 2020 19:41:12
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5161390    +E-mail/Text: colleen.atkinson@rmscollect.com Sep 03 2020 19:29:50
             Patient First c/o Receivables Management Systems,    PO Box 73810,
             North Chesterfield, VA 23235-8047
5148278    +E-mail/Text: bankruptcyteam@quickenloans.com Sep 03 2020 19:29:44     QUICKEN LOANS,
             635 woodward avenue,    Detroit, MI 48226-3408
5148280    +E-mail/Text: colleen.atkinson@rmscollect.com Sep 03 2020 19:29:50
             RECEIVABLES MANAGEMENT SYSTEMS,    7206 hull street road,    suite 21,    Richmond, VA 23235-5826
5148287     E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 19:41:40     SYNCRONY BANK,    po box 960061,
             Orlando, FL 32896-0061
5174178    +E-mail/Text: bncmail@w-legal.com Sep 03 2020 19:29:43     TD Bank USA, N.A.,
             C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
5170480     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 03 2020 19:41:47     Verizon,
             by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
5148255    +E-mail/Text: bankruptcy@cavps.com Sep 03 2020 19:29:44     calvary portfolio services,
             500 summit lane drive,    suite 400,    Valhalla, NY 10595-2322
5148256    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 03 2020 19:41:26     capital one,
             po box 30285,    Salt Lake City, UT 84130-0285
5148257    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 03 2020 19:41:27     capital one bank,
             PO box 30281,    Salt Lake City, UT 84130-0281
5148259    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 03 2020 19:29:37     comenity bank boscovs,
             po box 182120,    Columbus, OH 43218-2120
```

```
District/off: 0314-1              User: AutoDocke           Page 2 of 2                  Date Rcvd: Sep 03, 2020
                                  Form ID: ntsempas         Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5148265       +E-mail/Text: bankruptcy@affglo.com Sep 03 2020 19:29:41     global credit and collection,
               5440 north cumberland avenue,   suite 300,   Chicago, IL 60656-1486
5148267       +E-mail/Text: PBNCNotifications@peritusservices.com Sep 03 2020 19:29:29     kohls capital one,
               po box 3115,   Milwaukee, WI 53201-3115
5148268       +E-mail/Text: unger@members1st.org Sep 03 2020 19:29:50     members first federal credit union,
               po box 40,   Mechanicsburg, PA 17055-0040
5148277       +E-mail/Text: bankruptcyteam@quickenloans.com Sep 03 2020 19:29:44     quicken loans,
               1050 woodward avenue,   Detroit, MI 48226-1906
5148279       +E-mail/Text: colleen.atkinson@rmscollect.com Sep 03 2020 19:29:50     receivable managment,
               1807 huguenot road,   suite 118,   Midlothian, VA 23113-5604
5148281        E-mail/Text: colleen.atkinson@rmscollect.com Sep 03 2020 19:29:50
               receivables management systems,   po box 8630,   Richmond, VA 23226-0630
5148286       +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2020 19:41:40     synchrony bank lowes,
               po box 965005,   Orlando, FL 32896-5005
                                                                                             TOTAL: 23

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5148272*      Members First Federal Credit Union,   5000 Louise Drive,   Mechanicsburg, PA 17055-4899
5155363*     +Quicken Loans Inc.,   635 Woodward Avenue,   Detroit, MI 48226-3408
5148273*      members first federal credit union,   po box 2109,   Mechanicsburg, PA 17055-1719
5148271*     +members first federal credit union,   po box 40,   Mechanicsburg, PA 17055-0040
                                                                                  TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Gregory S Hazlett    on behalf of Debtor 1 Keli N. Jaxheimer adlitem@pa.net
              James Warmbrodt     on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
              Joseph B. Sobel    on behalf of Creditor   Allenview Homeowners Association DebtEnds@aol.com,
               ojoclemens@aol.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Keli N. Jaxheimer<br>aka Kelly N. Jaxheimer | Chapter: 13 |
| | Case number: 1:19–bk–00071–HWV |
| **Debtor 1** | Document Number: 36 |
| **Debtor(s)** | Matter: First Motion to Modify Confirmed Plan |

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on January 8, 2019.

A hearing on the above referenced matter has been scheduled for:

| United States Bankruptcy Court<br>Ronald Reagan Federal Building,<br>Bankruptcy Courtroom (3rd Floor),<br>Third & Walnut Streets, Harrisburg,<br>PA 17101 | Date: 10/14/20<br>Time: 09:30 AM |
|---|---|

Any objection/response to the above referenced matter must be filed and served on or before **September 24, 2020**.

If service was properly made and Respondent(s) fail to file an objection/response by the above specified date, the Court **may** determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KarenDavis, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 3, 2020 |

ntsempas(05/18)