## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Keli N. Jaxheimer aka Kelly N. Jaxheimer<br>                          Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a<br>Quicken Loans Inc., its successors and/or assigns<br>                          Movant<br>            vs.<br><br>Keli N. Jaxheimer aka Kelly N. Jaxheimer<br>                          Debtor(s)<br><br>Jack N. Zaharopoulos<br>                          Trustee | CHAPTER 13<br><br><br><br><br><br>NO. 19-00071 HWV<br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Notice of Mortgage Payment Change of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., which was filed with the Court on or about **October 26, 2022**.

Respectfully submitted,


/s/ Michael P. Farrington, Esq.
_____
Michael P. Farrington, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215) 627-1322


Dated: January 31, 2023