In re:  Case No. 19-00071-HWV
Keli N. Jaxheimer  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 4
Date Rcvd: Feb 06, 2026    Form ID: pdf010    Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keli N. Jaxheimer, 600 Allenview Drive, Mechanicsburg, PA 17055-6199 |
| cr | + | Allenview Homeowners Association, c/o Duane P Stone Esq, Stone Wiley & Linsenbach, 3 N Baltimore St, Dillsburg, PA 17019-1211 |
| 5232911 | + | ALLENVIEW HOMEOWNERS ASSOCIATION, C/O DUANE STONE,ESQUIRE, 3 N. BALTIMORE ST., DILLSBURG, PA. 17019-1211 |
| 5176838 | + | Allenview Homeowners Association, c/o Duane P Stone Esq, Stone Wiley & Linsenbach PC, 3 N Baltimore St, Dillsburg, PA 17019-1211 |
| 5148263 | + | FBCS inc., 330 south warminster road, suite 353, Hatboro, PA 19040-3433 |
| 5148275 | | Pinnacle Health hospitals, po box 2353, Harrisburg, PA 17105-2353 |
| 5148285 | + | Stone Eiley & Linsenbach, P.C., c/o Duane Stone, Esquire, 3 North baltimore Street, Dillsburg, PA 17019-1211 |
| 5148252 | + | allenview homeowners association, po box 1007, Mechanicsburg, PA 17055-1007 |
| 5148260 | + | commercial acceptance, 2 west main street, Camp Hill, PA 17011-6326 |
| 5148262 | + | cumberland county domestic relation, child support section, 13 N. Hanover st. PO Box 320, Carlisle, PA 17013-0320 |
| 5148264 | + | global credit & collection, po box 101928, dept 2417, Birmingham, AL 35210-6928 |
| 5148265 | + | global credit and collection, 5440 north cumberland avenue, suite 300, Chicago, IL 60656-1486 |
| 5148270 | | members first federal credit union, po box 2109, Mechanicsburg, PA 17055-1719 |
| 5148274 | | patient first, po box 758941, Baltimore, MD 21275-8941 |
| 5148276 | + | pinnacle medical services, 3607 rosemont avenue, suite 502, Camp Hill, PA 17011-6943 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5162975 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Feb 06 2026 18:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5148258 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 18:43:08 | capital one bank usa, po box 85015, Richmond, VA 23285-5015 |
| 5154975 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 18:43:01 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5164017 | | Email/PDF: bncnotices@becket-lee.com | Feb 06 2026 18:43:22 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5149110 | + | Email/Text: bankruptcy@cavps.com | Feb 06 2026 18:36:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5173946 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 18:53:38 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5148266 | ^ | MEBN | Feb 06 2026 18:34:17 | KML Law Group, P.C., Suite 5000 BNY mellon indpendence, 701 Market St., Philadelphia, PA 19106-1538 |
| 5148269 | | Email/Text: unger@members1st.org | Feb 06 2026 18:36:00 | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5173734 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2026 18:43:01 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5148833 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 06 2026 18:43:01 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5161390 | + | Email/Text: joey@rmscollect.com | Feb 06 2026 18:36:00 | Patient First c/o Receivables Management Systems, PO Box 73810, North Chesterfield, VA 23235-8047 |
| 5148278 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 06 2026 18:36:00 | QUICKEN LOANS, 635 woodward avenue, Detroit, MI 48226-3408 |
| 5148280 | | Email/Text: joey@rmscollect.com | Feb 06 2026 18:36:00 | RECEIVABLES MANAGEMENT SYSTEMS, 7206 hull street road, suite 21, Richmond, VA 23235-5827 |
| 5148287 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 18:43:20 | SYNCRONY BANK, po box 960061, Orlando, FL 32896-0061 |
| 5148289 | + | Email/Text: bncmail@w-legal.com | Feb 06 2026 18:36:00 | TD BANK TARGET, po box 1470, Minneapolis, MN 55440-1470 |
| 5174178 | + | Email/Text: bncmail@w-legal.com | Feb 06 2026 18:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5148291 | + | Email/Text: bncmail@w-legal.com | Feb 06 2026 18:36:00 | TD Bank/Target, po box 673, Minneapolis, MN 55440-0673 |
| 5148293 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 18:53:47 | The home depot, po box 6497, Sioux Falls, SD 57117-6497 |
| 5170480 | | Email/PDF: ebn_ais@aisinfo.com | Feb 06 2026 18:43:08 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5148253 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Feb 06 2026 18:36:00 | bank of america, po box 982238, El Paso, TX 79998-2238 |
| 5148254 | ^ | MEBN | Feb 06 2026 18:34:30 | bureau of account management, 3607 rosemont avenue, suite 502, Camp Hill, PA 17011-6943 |
| 5148255 | + | Email/Text: bankruptcy@cavps.com | Feb 06 2026 18:36:00 | calvary portfolio services, 500 summit lane drive, suite 400, Valhalla, NY 10595-2321 |
| 5148256 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 18:43:00 | capital one, po box 30285, Salt Lake City, UT 84130-0285 |
| 5148257 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 18:43:08 | capital one bank, PO box 30281, Salt Lake City, UT 84130-0281 |
| 5148259 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 06 2026 18:36:00 | comenity bank boscovs, po box 182120, Columbus, OH 43218-2120 |
| 5148261 | + | Email/Text: dylan.succa@commercialacceptance.net | Feb 06 2026 18:36:00 | commercial acceptance company, 2300 gettysburg road, suite 102, Camp Hill, PA 17011-7303 |
| 5148267 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2026 18:43:08 | kohls capital one, po box 3115, Milwaukee, WI 53201-3115 |
| 5148268 | + | Email/Text: unger@members1st.org | Feb 06 2026 18:36:00 | members first federal credit union, po box 40, Mechanicsburg, PA 17055-0040 |
| 5148277 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Feb 06 2026 18:36:00 | quicken loans, 1050 woodward avenue, Detroit, MI 48226-3573 |
| 5148279 | + | Email/Text: joey@rmscollect.com | Feb 06 2026 18:36:00 | receivable managment, 1807 huguenot road, suite 118, Midlothian, VA 23113-5604 |
| 5148281 | | Email/Text: joey@rmscollect.com | Feb 06 2026 18:36:00 | receivables management systems, po box 8630, Richmond, VA 23226-0630 |
| 5148282 | | Email/Text: DeftBkr@santander.us | Feb 06 2026 18:36:00 | santander bank, po box 16255, Reading, PA 19612-6255 |
| 5148283 | | Email/Text: DeftBkr@santander.us | Feb 06 2026 18:36:00 | santander bank n.a., 1130 berkshire blvd, 3rd floor, wyomissing, PA 19610-1242 |

| Recip ID | | | Date/Time | Address |
|---|---|---|---|---|
| 5148284 | + | Email/Text: DeftBkr@santander.us | Feb 06 2026 18:36:00 | santander bank na, po box 841002 MA-1 MB3 0109, Boston, MA 02284-1002 |
| 5148286 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 06 2026 18:43:08 | synchrony bank lowes, po box 965005, Orlando, FL 32896-5005 |
| 5148288 | | Email/Text: bncmail@w-legal.com | Feb 06 2026 18:36:00 | target card services, po box 660170, Dallas, TX 75266-0170 |
| 5148290 | | Email/Text: bncmail@w-legal.com | Feb 06 2026 18:36:00 | td bank us target, 7000 target parkway north, Minneapolis, MN 55445-4301 |
| 5148292 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2026 18:53:43 | thd/cbna, one court square, Long Island City, NY 11120-0001 |

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5148272 | * | Members First Federal Credit Union, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 5155363 | *+ | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5148273 | * | members first federal credit union, po box 2109, Mechanicsburg, PA 17055-1719 |
| 5148271 | *+ | members first federal credit union, po box 40, Mechanicsburg, PA 17055-0040 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 08, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a/ Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gregory S Hazlett | on behalf of Debtor 1 Keli N. Jaxheimer adlitem@pa.net hazlettgreg123@gmail.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

| | |
|---|---|
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Joseph B. Sobel | on behalf of Creditor Allenview Homeowners Association DebtEnds@aol.com ojoclemens@aol.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Keli N. Jaxheimer
aka Kelly N. Jaxheimer

Debtor 1

Jack N Zaharopoulos
Standing Chapter 13
    vs.

Movant(s)

Keli N. Jaxheimer
aka Kelly N. Jaxheimer

Respondent(s)

Chapter: 13

Case No.: 1:19-bk-00071-HWV

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 98, it is

**ORDERED** that the above-captioned case is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

*/s/ Henry W. Van Eck*
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: February 6, 2026