Debtor 1    Keli N. Jaxheimer aka Kelly N. Jaxheimer

Debtor 2

United States Bankruptcy Court for the MIDDLE District of Pennsylvania

Case number   19-00071 HWV

Official Form 410S1

# Notice of Mortgage Payment Change

**12/15**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor: Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**

**Court claim no**. (if known): 3

**Last 4 digits** of any number you use to identify the debtor's account: 7959

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2021

**New total payment:**    $808.63
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
|---------|-----------------------------------|

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $448.06          **New escrow payment:** $ 411.37

| Part 2: | Mortgage Payment Adjustment |
|---------|-----------------------------|

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____ %          **New interest rate:** _____ %

   **Current principal and interest payment:** $_____          **New principal and interest payment:** $_____

| Part 3: | Other Payment Change |
|---------|----------------------|

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $_____          **New mortgage payment:** $_____

Case 1:19-bk-00071-HWV    Doc    Filed 10/29/21    Entered 10/29/21 16:10:44    Desc
Document ID: fb2fd05e678d5cd12767aa09c79466d445b5345ab39e5cced9a3ce90858f5c3          Main Document        Page 1 of 2

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

❑ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ *Denise Carlon*

Signature
**Print:** Denise Carlon

    29 Oct 2021, 14:49:19, EDT

Date    10/29/2021

Title   Attorney for Creditor

Company    KML Law Group, P.C.

Address    701        Market Street, Suite 5000

           Number        Street

           Philadelphia,              PA    19106

           City                    State     ZIP Code

Contact phone  (215) 627–1322        Email bkgroup@kmllawgroup.com

Case 1:19-bk-00071-HWV   Doc   Filed 10/29/21   Entered 10/29/21 16:10:44   Desc
Document ID: fb2fd05e678d5cd12767aa09c79466d445b5345ab39e5cced9a3ce8f0858f5c3   Main Document   Page 2 of 2