# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Keli N. Jaxheimer aka Kelly N. Jaxheimer<br>　　　　　　　　　　　　Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>　　　　　　　　　　　　Movant<br>　　　vs.<br><br>Keli N. Jaxheimer aka Kelly N. Jaxheimer<br>　　　　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos,<br>　　　　　　　　　　　　Trustee | BK NO. 19-00071 HWV<br><br>Chapter 13<br><br>Related to Claim No. 3 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 31, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Keli N. Jaxheimer aka Kelly N. Jaxheimer
600 Allenview Drive
Mechanicsburg, PA 17055

Attorney for Debtor(s)
Gregory S. Hazlett, Esq.
7 West Main Street (VIA ECF)
Mechanicsburg, PA 17055

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: January 31, 2023

　　　　　　　　　　　　　　　　　　　　　　　　/s/Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Michael P. Farrington Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 329636
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　(215) 825-6488
　　　　　　　　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com